UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ERIK SCHMAUS,<br><br>        Plaintiff,<br><br>  v.<br><br>PHILLIPS, et al.<br><br>        Defendants. | No. 1:23-cv-01125-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF Nos. 9, 13) |

      Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

      On August 9, 2023, the Court screened Plaintiff's complaint, found no cognizable claim, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 9.) After requesting and receiving two extensions of time, Plaintiff failed to file an amended complaint or otherwise responded to the Court's order and the time to do so has passed. (ECF Nos. 10, 11, 12, 13.) Accordingly, Plaintiff shall be ordered to show cause why the action should not be dismissed for failure to state a cognizable claim for relief, failure to prosecute, and failure to comply with a court order.

      Accordingly, it is HEREBY ORDERED that:

      1.    Within **fourteen (14)** days from the date of service of this order Plaintiff shall show cause why the action should not be dismissed; and

1

2. Failure to comply with this order will result in a recommendation to dismiss this action for the reasons stated above.

IT IS SO ORDERED.

Dated: __**November 28, 2023**__

UNITED STATES MAGISTRATE JUDGE