UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ERIK SCHMAUS,<br><br>             Plaintiff,<br><br>      v.<br><br>PHILLIPS, et al.<br><br>             Defendants. | No.  1:23-cv-01125-SAB (PC)<br><br>ORDER VACATING ORDER TO SHOW CAUSE AND GRANTING PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>(ECF Nos. 14, 15) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's third motion for an extension of time to file an amended complaint, filed December 1, 2023.  (ECF No. 15.)

On November 28, 2023, the Court issued an order for Plaintiff to show cause why the action should not be dismissed for failure to file an amended complaint.  (ECF No. 14.)  Inasmuch as Plaintiff has now filed a request to extend the time to file an amended complaint, the Court will vacate the order to show cause.

Upon consideration of Plaintiff's motion, Plaintiff is granted until January 8, 2023, to file an amended complaint in accordance with the Court's August 9, 2023, screening order.  <u>However, Plaintiff is advised that no further extensions of time will be granted, absent a detailed factual showing of what efforts Plaintiff has engaged in to file an amended complaint, not present</u>

here.  Accordingly, it is HEREBY ORDERED that:

1. The Court's November 28, 2023 order to show cause (ECF No. 14) is VACATED;
2. Plaintiff is granted until January 8, 2023 to file an amended complaint; and
3. Failure to comply with this order will result in a recommendation to dismiss the action for failure to state a cognizable claim for relief, failure to prosecute, and failure to comply with a court order.

IT IS SO ORDERED.

Dated:   **December 5, 2023**

UNITED STATES MAGISTRATE JUDGE