UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ERIK SCHMAUS,<br><br>  Plaintiff,<br><br>  v.<br><br>PHILLIPS, et al.<br><br>  Defendants. | No. 1:23-cv-01125-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 17, 18) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on July 21, 2023.

On August 9, 2023, the Court Plaintiff's complaint, found no cognizable claims, and granted him thirty days to file an amended complaint. (ECF No. 9.) After receiving two extensions of time, Plaintiff failed to file an amended complaint. Therefore, on November 28, 2023, the Court ordered Plaintiff to show cause why the action should not be dismissed. (ECF No. 14.)

On December 1, 2023, Plaintiff filed a motion for an extension of time to file an amended complaint. (ECF No. 15.) Therefore, on December 5, 2023, the Court vacated the order to show cause and granted Plaintiff thirty days to file an amended complaint. (ECF No. 16.) Plaintiff failed to file an amended complaint, and a second order to show cause why the action should not be dismissed was issued on January 16, 2024. (ECF No. 17.)

1

On January 22, 2024, Plaintiff filed a motion for an extension of time to file an amended complaint, along with the first amended complaint.  (ECF Nos. 18, 19.)

On the basis of good cause, it is HEREBY ORDERED that Plaintiff's motion for an extension of time is granted and the order to show cause is VACATED.  Plaintiff is advised that the Court will screened his first amended complaint in due course.

IT IS SO ORDERED.

Dated:   **January 23, 2024**                                         _____
UNITED STATES MAGISTRATE JUDGE

2