1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   JASON ERIK SCHMAUS,                           No.  1:23-cv-01125-SAB (PC)

12                  Plaintiff,                      ORDER TO SHOW CAUSE WHY ACTION
                                                    SHOULD NOT BE DISMISSED
13          v.
                                                    (ECF No. 21)
14   PHILLIPS, et al.

15                  Defendants.

16

17          Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42

18   U.S.C. § 1983.

19          On March 18, 2024, the Court screened Plaintiff's first amended complaint, found he stated

20   a cognizable claim for deliberate indifference and retaliation against Defendant Dr. Aye, but no

21   other claims for relief.  (ECF No. 21.)  Plaintiff was granted leave to file an amended complaint or

22   notify the Court to proceed only on the claims found to be cognizable.  (Id. at 12-13.)  Plaintiff has

23   failed to file an amended complaint or otherwise respond to the Court's March 18, 2024 order and

24   the time to do so has passed.  Accordingly, Plaintiff shall be ordered to show cause why the action

25   should not be dismissed for failure to state a cognizable claim for relief, failure to prosecute, and

26   failure to comply with a court order.

27   ///

28   ///

                                                  1

1    Accordingly, it is HEREBY ORDERED that:

2    1.    Within **fourteen (14)** days from the date of service of this order Plaintiff shall show

3          cause why the action should not be dismissed; and

4    2.    Failure to comply with this order will result in a recommendation to dismiss this

5          action for failure to prosecute and failure to comply with a court order.

6

7    IT IS SO ORDERED.

8    Dated:    **April 29, 2024**
                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28