1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11    JASON ERIK SCHMAUS,                        No.  1:23-cv-01125-SAB (PC)

12                    Plaintiff,                 ORDER DISCHARGING ORDER TO SHOW
                                                 CAUSE AND GRANTING EXTENSION OF
13         v.                                    TIME TO RESPOND TO SCREENING
                                                 ORDER
14    PHILLIPS, et al.
                                                 (ECF Nos. 22, 23)
15                    Defendants.

16

17         Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42

18    U.S.C. § 1983.

19         On March 18, 2024, the Court screened Plaintiff's first amended complaint, found he

20    stated a cognizable claim for deliberate indifference and retaliation against Defendant Dr. Aye,

21    but no other claims for relief.  (ECF No. 21.)  Plaintiff was granted leave to file an amended

22    complaint or notify the Court to proceed only on the claims found to be cognizable.  (Id. at 12-

23    13.)  Plaintiff failed to file an amended complaint or otherwise responded to the Court's February

24    27, 2024 order.  Therefore, on April 29, 2024, the Court ordered Plaintiff to show cause why the

25    action should not be dismissed.  (ECF No. 22.)

26         One day later, on April 30, 2024, Plaintiff filed a motion an extension of time to file an

27    amended complaint.  (ECF No. 23.)  Plaintiff submits that he was served with the Court's

28    screening order on March 25, 2024, and he believed he had until April 24, 2024, to file an

                                                 1

1    amended complaint.[1]  (Id. at 2-3.)

2       On the basis of good cause, the Court will discharge the order to show cause and grant

3    Plaintiff until June 12, 2024, to file an amended complaint.

4       Accordingly, it is HEREBY ORDERED that:

5       1.     The Court's April 29, 2024 order to show cause is DISCHARGED;

6       2.     Plaintiff is granted until June 12, 2024, to file an amended complaint; and

7       3.     Failure to comply with this order will result in a recommendation to dismiss the

8            action for failure to prosecute and failure to comply with a court order.

9

10    IT IS SO ORDERED.

11    Dated:    **May 1, 2024**                                 

                                                UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1] Plaintiff is advised that the date of service is the date of mailing, which is set forth in the certificate of service attached to the document mailed; the date of service is not the date prison officials hand Plaintiff his incoming mail. Fed. R. Civ. P. 5(b)(2)(C) (service by mail is complete upon mailing).