UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ERIK SCHMAUS,<br><br>          Plaintiff,<br><br>     v.<br><br>PHILLIPS, et al.<br><br>          Defendants. | No. 1:23-cv-01125-SAB (PC)<br><br>**AMENDED** ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 26) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On June 21, 2024, the Court granted Plaintiff a thirty day extension of time to file a second amended complaint or notify the Court of his intent to proceed on the claims found to be cognizable in compliance with the Court's March 18, 2024, screening order. (ECF No. 26.) Plaintiff has failed to file a second amended complaint and the time to do so has passed. Accordingly, it is HEREBY ORDERED that within **fourteen (14)** days from the date of service oft his order, Plaintiff shall show cause why the action should not be dismissed for failure to prosecute and failure to comply with a court order.

IT IS SO ORDERED.

Dated:   **August 1, 2024**

UNITED STATES MAGISTRATE JUDGE

1