**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON ERIK SCHMAUS,<br><br>        Plaintiff,<br><br>    v.<br><br>PHILLIPS, et al.<br><br>        Defendants. | Case No. 1:23-cv-1125 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND DIRECTING THE CLERK OF COURT TO UPDATE THE DOCKET<br><br>(Doc. 32) |

Jason Erik Schmaus seeks to hold the defendants liable for violations of his civil rights while incarcerated at the Substance Abuse Treatment Facility.  (*See* Doc. 19.)  The magistrate judge screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A(a), and found Plaintiff stated cognizable claims for deliberate indifference and retaliation against Dr. Aye.  (Doc. 21 at 6-12.)  However, the magistrate judge found Plaintiff did not state cognizable claims against the other defendants.  (*Id*.)  Plaintiff's response to the Screening Order included a request that the action "proceed only on the deliberate indifference and retaliation claim on Dr. Aye."  (Doc. 30 at 4.)  Therefore, the magistrate judge recommended the action proceed only on the cognizable claims, and that the Court dismiss all other claims and defendants.  (Doc. 32.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days.  (Doc. 32 at 3.)  The Court advised Plaintiff that the "failure to file objections within the specified time may result in the waiver rights on appeal."

(*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case.  Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on September 19, 2024 (Doc. 32) are **ADOPTED** in full.
2. This case **SHALL** proceed <u>only</u> on Plaintiff's claims for deliberate indifference and retaliation against Defendant Dr. Aye.
3. All other claims and defendants are **DISMISSED**.
4. This action is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **October 16, 2024**

UNITED STATES DISTRICT JUDGE