1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   JASON ERIK SCHMAUS,                        No.  1:23-cv-01125-JLT-SAB (PC)

12                   Plaintiff,                 ORDER FOR CALIFORNIA DEPARTMENT
                                                OF CORRECTIONS AND
13          v.                                  REHABILITATION TO SHOW CAUSE WHY
                                                SANCTIONS SHOULD NOT BE IMPOSED
14   PHILLIPS, et al.
                                                (ECF No. 34)
15                   Defendants.

16

17          Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42

18   U.S.C. § 1983.

19          On October 18, 2024, the Court found that service of the first amended complaint was

20   appropriate as to Defendant Doctor K.M. Aye, and electronic service was ordered, which directed

21   the California Department of Corrections and Rehabilitation (CDCR) to "file with the Court the

22   'CDCR Notice of E-Service Waiver' advising the Court which defendant(s) … will be waiving

23   service of process without the need for personal service by the United States Marshal."  (ECF No.

24   34 at 2.)  However, CDCR has not returned the Notice of E-Service waiver and the forty-day time

25   period has expired.

26   ///

27   ///

28   ///

                                                1

Accordingly, it is HEREBY ORDERED that within **twenty (20)** days CDCR shall show cause why sanctions should not be imposed for failure to comply with the Court's October 18, 2024, order.  <u>The Clerk of Court shall serve a copy of this order by email on Monica Anderson, Senior Assistant Attorney General</u>.

IT IS SO ORDERED.

Dated:   **December 2, 2024**

STANLEY A. BOONE
United States Magistrate Judge

2