| | |
|---|---|
| JASON ERIK SCHMAUS,<br><br>        Plaintiff,<br><br>    v.<br><br>PHILLIPS, et al.<br><br>        Defendants. | No. 1:23-cv-01125-JLT-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 36) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On October 18, 2024, the Court found that service of the first amended complaint was appropriate as to Defendant Doctor K.M. Aye, and electronic service was ordered, which directed the California Department of Corrections and Rehabilitation (CDCR) to "file with the Court the 'CDCR Notice of E-Service Waiver' advising the Court which defendant(s) … will be waiving service of process without the need for personal service by the United States Marshal." (ECF No. 34 at 2.) However, CDCR did not return the Notice of E-Service waiver with the allotted time frame. Therefore, on December 2, 2024, the Court ordered CDCR to show cause why sanctions should not be imposed. (ECF No. 36.) On this same date, a notice of intent to not waive service as to Defendant K.M. Aye was filed. (ECF No. 37.) On December 3, 2024, service documents were forwarded to the United States Marshal for personal service on Defendant K.M. Aye.

Inasmuch as CDCR has now responded to the Court's October 18, 2024, the order to show cause issued on December 2, 2024, is DISCHARGED.

IT IS SO ORDERED.

Dated: __**December 4, 2024**__

STANLEY A. BOONE
United States Magistrate Judge