UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ERIK SCHMAUS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K.M. AYE,<br><br>　　　　　Defendant. | No. 1:23-cv-01125-JLT-SAB (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE, LIFTING STAY OF CASE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF Nos. 43, 44) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

This action proceeds on Plaintiff's deliberate indifference and retaliations claim against Defendant Doctor K.M. Aye. (ECF No. 34.)

On February 18, 2025, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (ECF No. 43.) The Court's order granted Defendant time to investigate and determine whether to opt out of the post-screening ADR project.

///

///

1

On March 17, 2025, Defendant filed a motion to opt out of the early settlement conference. (ECF No. 44.)  After reviewing the request, the Court finds good cause to grant Defendant's request.  Therefore, the stay is lifted, and the May 15, 2025, settlement conference is vacated.  This case is now ready to proceed.

Accordingly, IT IS HEREBY ORDERED that:

1. The settlement conference scheduled for May 15, 2025, is VACATED;
2. The stay of this action (ECF No. 43) is LIFTED; and
3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated:   **March 18, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2