UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ERIK SCHMAUS, | No.  1:23-cv-01125-JLT-SAB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE SCHEDULING ORDER |
| v. | |
| K.M. AYE, | (ECF No. 51) |
| Defendant. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's motion to modify the scheduling order and extend the time for filing a motion for summary judgment, filed January 21, 2026.  (ECF No. 51.)

Good cause having been presented, it is HEREBY ORDERED that the deadline to file a motion for summary judgment is extended to **March 31, 2026**.

IT IS SO ORDERED.

Dated:   **January 21, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1