UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ERIK SCHMAUS, | No.  1:23-cv-01125-JLT-SAB (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DISCOVERY DEADLINE |
| v. | |
| K.M. AYE, | (ECF No. 49) |
| Defendant. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to extend the discovery deadline, filed January 7, 2026.  Defendant has not filed an opposition or statement of non-opposition and the time to do has passed.  Local Rule 230(l).

Plaintiff contends that defense counsel never provided him with a copy of his deposition transcripts which has prevented him from deposing Defendants.

On the basis of good cause and the lack of opposition by Defendant, Plaintiff's motion is granted and the discovery deadline is extended to **March 31, 2026**.

IT IS SO ORDERED.

Dated:  **February 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1