UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ERIK SCHMAUS, | No.  1:23-cv-01125-JLT-SAB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S SECOND MOTION TO MODIFY THE SCHEDULING ORDER |
| v. | |
| K.M. AYE, | (ECF No. 54) |
| Defendant. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's second motion to modify the scheduling order, filed March 27, 2026.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file a motion for summary judgment is extended to **April 8, 2026**.

IT IS SO ORDERED.

Dated:    **March 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1