UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ERIK SCHMAUS, | No.  1:23-cv-01125-JLT-SAB (PC) |
| Plaintiff, | ORDER DENYING DEFENDANT AYE'S MOTION FOR SUMMARY JUDGMENT, WITHOUT PREJUDICE, FOR FAILURE TO PROVIDE APPROPRIATE RAND NOTICE |
| v. | |
| K.M. AYE, | |
| Defendant. | (ECF No. 56) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On April 8, 2026, Defendant Aye filed a motion for summary judgment.  (ECF No. 56.)

In Woods v. Carey, 684 F.3d 934, 939 (9th Cir. 2012), the Ninth Circuit held that a pro se prisoner plaintiff must be provided with "fair notice" of the requirements for opposing a motion for summary judgment at the time the motion is brought.  Review of Defendant Aye's motion shows that he did not provide Plaintiff with a Rand notice upon the filing of the motion for summary judgment.  See Rand v. Rowland, 154 F.3d 952 (9th Cir. 1998).  In particular, Defendant failed to advise Plaintiff of the contents of any applicable Eastern District of California Local Rule requirements, *i.e.*, Local Rule 260.  Rand, at 961.

Accordingly, IT IS HEREBY ORDERED that:

1.     Defendant Aye's motion for summary judgment (ECF No. 56) is DENIED

1

WITHOUT PREJUDICE;

2.      Defendant is granted an extension of time, and shall file the motion for summary judgment within **seven (7) days** of the date of entry of this order with the appropriate Rand notice; and

3.      After the time for Defendant Aye to file a properly noticed motion for summary judgment, Plaintiff has thirty (30) days to file a response.

IT IS SO ORDERED.

Dated:   **April 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2